UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

         CASE NO. 3:16-bk-00029-JAF

RELIABLE DAIRY, LLC,

    Debtor.

_____/

### **DEBTORS' MOTION FOR JOINT ADMINISTRATION**

The Debtor, Reliable Dairy, LLC (the "Dairy Farm"), through the undersigned counsel, move this Court in accordance with §§ 105, United States Bankruptcy Code, and Rule 1015(b), Federal Rules of Bankruptcy Procedure, for entry of an Order granting this Motion for Joint Administration so that this Chapter 12 Case may be jointly administered with the related Chapter 12 Case filed by Troy M. Pearson in the Middle District of Florida, Jacksonville Division, as Case No. 3:16-bk-00028-JAF. In support of this Motion, the Debtors would respectfully show as follows:

1. On January 6, 2016, Reliable Dairy, LLC filed its Chapter 12 Case in Middle District of Florida, Jacksonville Division, as 3:16-bk-00029-JAF. The Dairy Farm is a dairy farm operated and managed by Troy M. Pearson. The sole directors, officers and shareholders of Reliable Dairy, LLC are Troy M. Pearson.

2. On January 6, 2016, the Debtor, Troy M. Pearson, filed his Chapter 12 Case in Middle District of Florida, Jacksonville Division, as 3:16-bk-00028-JAF. Troy M. Pearson helps in the operation and management of the dairy farm located on real property owned solely by Troy M. Pearson.

3. The Debtors will continue in possession of their property and will operate and manage their farming operation individually and as officers of Reliable Dairy, LLC pursuant to Section 1203 of the Bankruptcy Code.

4. This Court has jurisdiction over this Motion under 28 U.S.C. § 1334.

5.	The venue of this proceeding is proper pursuant to 28 U.S.C. § 1409. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

6.	The single largest creditor in these cases is Drummond Community Bank. This creditor is owed in excess of $500,000.00 based on loans which were all consolidated and cross-collateralized with personal property, real property, farming equipment and implements, owned by Reliable Dairy, LLC, and Troy M. Pearson.

7.	The Dairy Farm and Troy M. Pearson have different unsecured creditors consisting mainly of operating debt in the Dairy Farm case and credit card debt in the Troy M. Pearson case.

8.	The primary source of income for the Dairy Farm and Troy M. Pearson is the income generated from the farming operation. All of the accounts are serviced as a result of the work performed or supervised by Troy M. Pearson in the farming operation.

9.	The funds to be used to fund a Chapter 12 Plan will come primarily from the farming operation.

10.	Rule 1015(b), Federal Rules of Bankruptcy Procedure, permits the Court to order joint administration of related cases in the best interest of efficiency and ease of administration.

11.	In exercising its equitable discretion, a bankruptcy court may consolidate cases involving related debtors. 11 U.S.C. § 105; Fed. R. Bankr.P. 1015(b). "Joint administration contemplated under Bankruptcy Rule 1015 (b) is creation of procedural convenience to avoid duplication of efforts regarding related debtors, but estates of each debtor remain separate, as opposed to substantive consolidation of cases which results in debtors being treated as one entity and individual estates combined to create a single pool out of which claims of all creditors can be paid. In re Steury, 94 B.R. 553 (Bankr. N.D. 1988).

12.	In these cases, the Debtors are working together, jointly and equally, to produce the income to fund a Jointly Administered Chapter 12 Plan. With the exception of some of the credit

card debt incurred by Troy M. Pearson, virtually all of the indebtedness is related to the farming operations.

13.     Given the provisions of the Bankruptcy Code and the Bankruptcy Rules, as well as the Debtors' close relationship with the Dairy Farm in the farming operations, mutual and cross-collateralized debts and familial ties, joint administration of these cases is warranted. Joint Administration will avoid the preparation, replication, service, and filing, as applicable, of duplicative notices, applications, and orders in each of the Debtor cases, thereby saving the Debtors' estates expense and resources. The reduced costs that will result from the joint administration of these cases will enhance the rights of all creditors. The relief requested will also relieve the Court of the burden of entering duplicative orders and maintaining duplicative files and dockets, and, similarly, simplify supervision of the administrative aspects of these chapter 12 cases by the Chapter 12 Trustee for the Middle District of Florida.

14.     The Debtors request this Court to enter an Order Directing the Joint Administration of these Chapter 12 Cases including (I) the maintenance of a single docket and claims register, (ii) the submission of a Joint Chapter 12 Plan; and (iii) the filing of Joint Reports and a Disposable Income Affidavit.

15.     The Debtors further request that the order direct the use of the following joint caption on all pleadings filed in these cases:

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | Chapter 12 |
| | Case No. 3:16-bk-00028-JAF |
| TROY M. PEARSON | |
| | Jointly Administered with |
| | Case No. 3:16-bk-00029-JAF |
| Chapter 12 Debtors. | |
| _____ | |

[Title of Motion]

WHEREFORE, the Debtors, Reliable Dairy, LLC, through the undersigned counsel, pray that this Court will enter an Order directing that the above captioned Chapter 12 Case shall be jointly administered with the related Chapter 12 Case, Case No. 3:16-bk-00028-JAF in the Middle District of Florida, Jacksonville Division, as Case No. 3:16-bk-00028-JAF.

Date: January 8, 2016          THE CHAUNCEY LAW FIRM, P. A.

BY      */s/ Anthony W. Chauncey*
Anthony W. Chauncey, Esquire
Florida Bar No. 75023
320 White Avenue - Street Address
Post Office Box 548 - Mailing Address
Live Oak, Florida 32064
Telephone:        (386) 364-4445
Telecopier:       (386) 364-4508
Email: awc@chaunceylaw.com
Attorneys for Debtor

15269

4

## CERTIFICATE OF SERVICE

    **I CERTIFY** that a true and correct copy of the foregoing was furnished electronically via the Court's ECF Noticing System or by United States Mail, postage prepaid and first class, to Douglas W. Neway, Esquire, Chapter 12 Trustee, Post Office Box 4308, Jacksonville, Florida 32201 and all creditors and interested persons shown on the attached mailing matrices on this 8th day of January, 2016.

                                        THE CHAUNCEY LAW FIRM, P. A.

                                        BY      */s/ Anthony W. Chauncey*
                                        Anthony W. Chauncey, Esquire
                                        Florida Bar No. 75023
                                        320 White Avenue - Street Address
                                        Post Office Box 548 - Mailing Address
                                        Live Oak, Florida 32064
                                        Telephone:      (386) 364-4445
                                        Telecopier:      (386) 364-4508
                                        Email: awc@chaunceylaw.com
                                        Attorneys for Debtor

15269

```
Label Matrix for local noticing        Reliable Dairy, LLC                     Ally Financial
113A-3                                  929 South State Road 51                 Post Office Box 380901
Case 3:16-bk-00029-JAF                  Mayo, FL 32066-6612                     Minneapolis, MN 55438-0901
Middle District of Florida
Jacksonville
Fri Jan  8 12:11:52 EST 2016

Chase Bank USA                          CnH Cap Amer                            Discover Financial
PO Box 15298                            Post Office Box 292                     Post Office Box 3025
Wilmington, DE 19850-5298               Racine, WI 53401-0292                   New Albany, OH 43054-3025


Ditech Financial, LLC                   Drummond Community Bank                 Harley Davidson Financial
Post Office Box 6172                    2202 N Young Blvd                       Post Office Box 22048
Rapid City, SD 57709-6172               Chiefland, FL 32626-1914                Carson City, NV 89721-2048


(p)US BANK                              United States Trustee - JAX 13/7 7 +    Douglas W Neway Chapter 12 Trustee +
PO BOX 5229                             Office of the United States Trustee     P O Box 4308
CINCINNATI OH 45201-5229                George C Young Federal Building         Jacksonville, FL 32201-4308
                                        400 West Washington Street, Suite 1100
                                        Orlando, FL 32801-2210

Anthony W. Chauncey +
The Chauncey Law Firm, PA
Post Office Box 548
Live Oak, FL 32064-0548
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
US Bank
Post Office Box 5229
Cincinnati, OH 45201
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Jerry A. Funk                        (u)Note: Entries with a '+' at the end of the    End of Label Matrix
Jacksonville                            name have an email address on file in CMECF      Mailable recipients   12
                                        --------------------------------------------     Bypassed recipients    2
                                        Note: Entries with a '-' at the end of the       Total                 14
                                        name have filed a claim in this case
```

```
Label Matrix for local noticing           Troy M. Pearson                            Ally Financial
113A-3                                    929 South State Road 51                    Po Box 380901
Case 3:16-bk-00028-JAF                    Mayo, FL 32066-6612                        Bloomington, MN 55438-0901
Middle District of Florida
Jacksonville
Fri Jan  8 12:11:05 EST 2016

Chase Bank                                Cnh Cap Amer                               Discover Financial
Attn: Bankruptcy                          Attn:Bankruptcy                            Attn: Bankruptcy
Po Box 15298                              Po Box 292                                 Po Box 3025
Wilmington, DE 19850-5298                 Racine, WI 53401-0292                      New Albany, OH 43054-3025


Ditech Financial Llc                      Drummond Community Bk                      Harley Davidson Financial
Po Box 6172                               2202 N Young Blvd                          Attention: Bankruptcy
Rapid City, SD 57709-6172                 Chiefland, FL 32626-1914                   Po Box 22048
                                                                                     Carson City, NV 89721-2048


(p)US BANK                                United States Trustee - JAX 13/7 7 +       Douglas W Neway Chapter 12 Trustee +
PO BOX 5229                               Office of the United States Trustee        P O Box 4308
CINCINNATI OH 45201-5229                  George C Young Federal Building            Jacksonville, FL 32201-4308
                                          400 West Washington Street, Suite 1100
                                          Orlando, FL 32801-2210


Anthony W. Chauncey +
The Chauncey Law Firm, PA
Post Office Box 548
Live Oak, FL 32064-0548
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Us Bank
Attn: Bankruptcy Dept.
P.O. Box 5229
Cincinnati, OH 45201
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Jerry A. Funk                          (u)Note: Entries with a '+' at the end of the      End of Label Matrix
Jacksonville                              name have an email address on file in CMECF         Mailable recipients   12
                                          ---------------------------------------------       Bypassed recipients    2
                                          Note: Entries with a '-' at the end of the          Total                 14
                                          name have filed a claim in this case
```